Opinion filed January 11, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00300-CV

_____

## EX PARTE CHARLES CURTISS TAYLOR, JR.

**On Appeal from the 414th District Court**

**McLennan County, Texas**

**Trial Court Cause No. 2011-0621-5**

### M E M O R A N D U M   O P I N I O N

Appellant, Charles Curtiss Taylor, Jr., filed a notice of appeal from the trial court's order of dismissal. Appellant filed an affidavit of indigence in this court, and the district clerk filed a timely contest. By order dated November 29, 2012, this court sustained the contest. *See* TEX. R. APP. P. 20.1(h). In that order, we notified appellant that he must make arrangements to pay for the clerk's record and must remit to this court the $175 filing fee. We granted appellant an extension to December 10, 2012, to do so and informed him that the failure to comply with this court's November 29 order could result in the dismissal of this appeal. We have received no response to our November 29 order. As of this date, appellant has not paid the filing fee and has not notified this court that he has made any arrangements with the district clerk to pay for the clerk's record. No clerk's record has been filed in this court. We dismiss the appeal.

Because appellant has failed to pay the required filing fee and has failed to pay or make arrangements to pay for the clerk's record, we dismiss the appeal. TEX. R. APP. P. 5, 37.3(b), 42.3.

PER CURIAM

January 11, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.